**WILDE & ASSOCIATES**
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone:  702 258-8200
bk@wildelaw.com
Fax:  702 258-8787

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

U.S. Bank, National Association
10-72414 / 6912006359

Electronically Filed on _____

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | BK-10-51042-gwz |
| Joseph V. Keith and Cristen A. Keith | Chapter 13 |
| Debtors. | |

### REQUEST FOR SPECIAL NOTICE

TO THE CLERK, TRUSTEE AND ALL OTHER INTERESTED PARTIES:

1.  This request is filed pursuant to Bankruptcy Rule 2002 (g) for the purpose of ensuring that the parties listed below receive all notices required to be mailed under Bankruptcy Rule 2002.

U.S. Bank, National Association

2.  The address to which all such notices in the above-referenced proceeding should be sent to its attorney of record at the addresses listed below:

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

Gregory L. Wilde. Esq.
Attorney for Secured Creditor
212 South Jones Boulevard
Las Vegas, NV 89107

DATED this 9th day of June, 2010.

                                            WILDE & ASSOCIATES
                                            /s/ #10235
                                 By:   /s/Gregory L. Wilde, Esq
                                            GREGORY L. WILDE, ESQ.
                                            Attorney for Secured Creditor
                                            212 South Jones Boulevard
                                            Las Vegas, Nevada 89107

```
1  WILDE & ASSOCIATES
   Gregory L. Wilde, Esq.
2  Nevada Bar No. 004417
   208 South Jones Boulevard
3  Las Vegas, Nevada 89107
4  Telephone: 702 258-8200
   Fax: 702 258-8787
5  and
   MARK S. BOSCO
6  Arizona Bar No. 010167
   TIFFANY & BOSCO. P.A.
7  2525 East Camelback Road, Suite 300
   Phoenix, Arizona 85016
8  Telephone (602) 255-6000
   U.S. Bank, National Association
9  10-72414 / 6912006359
```

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF NEVADA

| | BK-10-51042-gwz |
|---|---|
| In Re: | |
| Joseph V. Keith and Cristen A. Keith | Chapter 13 |
| Debtors. | |

## CERTIFICATE OF MAILING OF REQUEST FOR SPECIAL NOTICE

1. On __6/9/2010__ I served the following document(s):

   **REQUEST FOR SPECIAL NOTICE**

2. I served the above-named document(s) by the following means to the persons as listed below:
   X   **a. ECF System**

       Kevin A. Darby
       kevin@darbylawpractice.com
       Attorney for Debtors

       William Van Meter
       c13ecf@nvbell.net
       Trustee

X  **b. United States mail, postage fully prepaid:**

Kevin A. Darby
4777 Caughlin Pkwy.
Reno. NV 89519
Attorney for Debtors

William Van Meter
P.O. Box 6630
Reno, NV 89513
Trustee

Joseph V. Keith and Cristen A. Keith
3690 Ganymede Ct
Sparks. NV 89436
Debtors

☐  **c. Personal Service**

I personally delivered the document(s) to the persons at these addresses:

☐  1.    For a party represented by an attorney. delivery was made by handing the document(s) to the attorney's office with a clerk or other person in charge. or if no one is charge by leaving the document(s) in a conspicuous place in the office.

☐  2.    For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐  **d. By direct mail**

Based upon the written assignment of the parties to accept service by email or a court order. I caused the document(s) to be sent to the persons at the mail addresses listed below. I did not receive. within a reasonable time after the transmission. any electronic message or other indication that the transmission was unsuccessful.

☐  e. **By fax transmission**

Based upon the written assignment of the parties to accept service by fax transmission or a court order. I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐  f. **By messenger**

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

**I declare under penalty of perjury that the foregoing is true and correct.**

DATED this 9th day of June, 2010.

By: _/s/ Jamie Miller_